| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MARTINEZ, JOSE E | 2. Court or Organization<br><br>DISTRICT COURT-S. DIST OF FL | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br><br>THIRD FLOOR<br><br>MIAMI, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT, DIRECTOR, TREASURER, REGISTERED AGENT | JOSE E. MARTINEZ, P.A. |
| 2. | PRESIDENT, VICE-PRESIDENT, DIRECTOR, REGISTERED AGENT | SPANISH BROADCASTING NETWORK, INC. |
| 3. | CO-GUARDIAN | GUARDIANSHIP OF ▇▇▇▇▇ |
| 4. | | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/25/03 | I PLAN TO DIVEST MYSELF OF MY OWNERSHIP INTEREST IN SPANISH BROADCASTING NETWORK, INC., AS IT IS BEING DISSOLVED. |

RECEIVED 2004 NOV -3 P 11:02 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | JOSE E. MARTINEZ, P.A. | -4945.00 |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | SPANISH RADIO SERVICES, INC. |
| 2. | 2003 | PERSONAL REPRESENTATIVE FOR THE ESTATE OF ███████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | APRIL 14-15, 2003 CHICAGO, IL PRESIDENTIAL APPOINTMENTS COMMITTEE (TRAVEL, MEALS & LODGING) |
| 2. | SPANISH RADIO SERVICES, INC. | SEPT 8, 2002 - JAN 5, 2003 TRAVEL, MEALS & LODGING FOR OUT-OF-TOWN FOOTBALL GAMES |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JOSE E. MARTINEZ, P.A. (PRIVATELY HELD COMMON STOCK) | A | REDEMPTION | | | REDEMPTION | 12/31 | J | A | |
| 2. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY ███) | A | Dividend | J | T | NONE | | | | |
| 3. DOMINION DIRECT (COMMON STOCK HELD BY ███ | B | Dividend | K | T | NONE | | | | |
| 4. SOUTHERN COMPANY (COMMON STOCK OWNED BY ███) | A | Dividend | J | T | NONE | | | | |
| 5. WESTAR ENERGY INC. (COMMON STOCK OWNED BY ███) | A | Dividend | J | T | NONE | | | | |
| 6. MCDONALD'S CORPORATION (COMMON STOCK OWNED BY ███) | A | Dividend | J | T | NONE | | | | |
| 7. DREYFUS DISCIPLINED STK (FUND OWNED BY ███) | A | Dividend | | | SELL | 10/30 | J | A | |
| 8. DREYFUS G&V INTL (FUND OWNED BY ███ | | None | | | SELL | 10/30 | J | A | |
| 9. DREYFUS PREMIER EMERGING (FUND OWNED BY ███) | | None | | | SELL | 6/17 | J | A | |
| 10. MELLON PRIVATE ASSET MGT MID CAP (FD OWNED BY ███) | A | Dividend | | | SELL | 3/4 | J | A | |
| 11. MELLON PRIVATE ASSET MGT SMALL CAP (FD OWNED BY ███) | | None | | | SELL | 6/17 | J | A | |
| 12. MELLON PRIVATE ASSET MGT ST MUNI (FD OWNED BY ███) | A | Interest | | | SELL | 12/19 | J | A | |
| 13. MELLON PRIVATE ASSET MGT NATL INTER MUNI(FD OWNED BY ███) | | None | | | SELL | 6/17 | J | A | |
| 14. NORTHEAST INV TR (OWNED BY ███) | A | Interest | J | T | NONE | | | | |
| 15. PRICE T. ROWE HIGH YIELD FD INC COM (FUND OWNED BY ███) | A | Dividend | J | T | NONE | | | | |
| 16. MELLON CASH RESERVE (OWNED BY ███) | A | Interest | J | T | NONE | | | | |
| 17. UNIVERSITY CREDIT UNION | B | Interest | M | T | NONE | | | | |
| 18. NORTHEAST INV TR (OWNED BY ███) | A | Dividend | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MELLON INT'L FUND (OWNED BY ▓▓▓) | A | Dividend | J | T | BUY | 06/03 | J | | |
| 20. MELLON EMERGING MKTS FD (OWNED BY ▓▓▓) | A | Dividend | | | SELL | 10/30 | J | A | |
| 21. MELLON LG CAP (OWNED BY ▓▓▓) | A | Dividend | J | T | BUY | 10/03 | J | | |
| 22. MELLON INCOME STOCK (FUND OWNED BY ▓▓▓) | A | Dividend | | | SELL | 10/30 | J | A | |
| 23. SPANISH RADIO SERVICES INC(PRIV HELD C/STK OWNED BY ▓▓▓) | D | Distribution | J | U | BUY | 1/27 | J | | |
| 24. IRA #1 CASH RESERVE ACCOUNT III (OWNED BY ▓▓▓) | A | Interest | J | T | NONE | | | | |
| 25. IRA #1 MPAM SHT-TRM US GOVT (OWNED BY ▓▓▓) | A | Interest | J | T | NONE | | | | |
| 26. IRA #1 NORTHEAST INV TR (OWNED BY ▓▓▓) | A | Interest | J | T | NONE | | | | |
| 27. IRA #1 PRICE T ROWE HIGH YIELD FD INC (OWNED BY ▓▓▓) | A | Interest | J | T | NONE | | | | |
| 28. IRA #1 DREYFUS DISCIPLINED STOCK FD (OWNED BY ▓▓▓) | A | Dividend | J | T | NONE | | | | |
| 29. IRA #1 DREYFUS INT'L VALUE (OWNED BY ▓▓▓) | A | Dividend | | | SELL | 06/03 | J | A | |
| 30. IRA #1 DREYFUS PREMIER EMERGING MARKETS FD (OWNED BY ▓▓▓) | A | Dividend | | | SELL | 06/03 | J | A | |
| 31. IRA #1 MPAM MID CAP STK FD (OWNED BY ▓▓▓) | A | Dividend | J | T | NONE | | | | |
| 32. IRA #1 MPAM SMALL CAP STK FD (OWNED BY ▓▓▓) | A | Dividend | J | T | NONE | | | | |
| 33. IRA #2 CASH RESERVE ACCT III-FLORIDA | A | Interest | J | T | NONE | | | | |
| 34. IRA #2 MPAM BD FD MPAM SHS | A | Interest | | | SELL | 06/03 | J | A | |
| 35. IRA #2 MPAM SHT-TRM US GOVT | A | Interest | K | T | NONE | | | | |
| 36. IRA #2 NORTHEAST INV TR | A | Interest | J | T | NONE | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. IRA #2 PRICE T ROWE HIGH YIELD FD INC | A | Interest | J | T | NONE | | | | |
| 38. IRA #2 DREYFUS DISCIPLINED STOCK FUND | A | Dividend | J | T | NONE | | | | |
| 39. IRA #2 DREYFUS PREMIER EMERGING MARKETS FD | A | Dividend | | | SELL | 06/03 | J | A | |
| 40. IRA #2 MPAM MID CAP STK FD | A | Dividend | J | T | NONE | | | | |
| 41. IRA #2 MPAM SMALL CAP STK FD | A | Dividend | J | T | NONE | | | | |
| 42. IRA #2 DREYFUS INT'L VALUE | A | Dividend | | | SELL | 06/03 | J | A | |
| 43. IRA #2 MELLON LARGE CAP STOCK FD | A | Dividend | K | T | BUY | 10/03 | K | | |
| 44. IRA #2 MELLON INT'L FUND | A | Dividend | J | T | BUY | 06/03 | J | | |
| 45. IRA #2 MELLON EMERGING MARKETS FD | A | Dividend | J | T | BUY | 06/03 | J | | |
| 46. IRA #2 MELLON INTERMEDIATE BOND FD | A | Interest | J | T | BUY | 06/03 | J | | |
| 47. IRA #1 MELLON LARGE CAP STOCK FUND (OWNED BY █████) | A | Dividend | J | T | BUY | 10/03 | J | | |
| 48. IRA #1 MELLON INT'L FUND (OWNED BY █████) | A | Dividend | J | T | BUY | 06/03 | J | | |
| 49. IRA #1 MELLON EMERGING MARKETS FD (OWNED BY █████) | A | Dividend | J | T | BUY | 06/03 | J | | |
| 50. IRA #1 MELLON INTERMEDIATE BOND FD (OWNED BY █████) | A | Dividend | J | T | BUY | 06/03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | T = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTINEZ, JOSE E | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)


JOSE E. MARTINEZ, P.A. DISSOLVED IN 2003 AND A FINAL TAX RETURN WAS FILED FOR THE YEAR ENDED DEC. 31, 2003.

██████████████DECEASED IN MARCH 2003.

THE ESTATE OF ████████████████████WAS CLOSED AND A FINAL TAX RETURN WAS FILED FOR THE PERIOD ENDED DEC. 31, 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTINEZ, JOSE E | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _28 Oct 2004_

NOTE: ANY ███████████████ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MARTINEZ, JOSE E | 2. Court or Organization<br><br>DISTRICT COURT-S. DIST OF FL | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>THIRD FLOOR<br>MIAMI, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   PRESIDENT, DIRECTOR, TREASURER, REGISTERED AGENT | JOSE E. MARTINEZ, P.A. |
| 2.   PRESIDENT, VICE-PRESIDENT, DIRECTOR, REGISTERED AGENT | SPANISH BROADCASTING NETWORK, INC. |
| 3.   CO-GUARDIAN | GUARDIANSHIP OF ▮▮▮▮▮ |
| 4. | |

*RECEIVED May 19 11 36 AM '04 — FINANCIAL DISCLOSURE OFFICE* (stamp)

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1/25/03 | I PLAN TO DIVEST MYSELF OF MY OWNERSHIP INTEREST IN SPANISH BROADCASTING NETWORK, INC., AS IT IS BEING DISSOLVED. |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | JOSE E. MARTINEZ, P.A. | -4945.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | SPANISH RADIO SERVICES, INC. |
| 2. | 2003 | PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARGARET STERBUTZEL |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | APRIL 14-15, 2003 CHICAGO, IL PRESIDENTIAL APPOINTMENTS COMMITTEE (TRAVEL, MEALS & LODGING) |
| 2. | SPANISH RADIO SERVICES, INC. | SEPT 8, 2002 - JAN 5, 2003 TRAVEL, MEALS & LODGING FOR OUT-OF-TOWN FOOTBALL GAMES |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JOSE E. MARTINEZ, P.A. (PRIVATELY HELD COMMON STOCK) | A | REDEMPTION | J | U | REDEMPTION | 12/31 | J | A | |
| 2. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY ▮) | A | Dividend | J | T | NONE | | | | |
| 3. DOMINION DIRECT (COMMON STOCK HELD BY ▮) | B | Dividend | K | T | NONE | | | | |
| 4. SOUTHERN COMPANY (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 5. WESTAR ENERGY INC. (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 6. MCDONALD'S CORPORATION (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 7. DREYFUS DISCIPLINED STK (FUND OWNED BY ▮) | A | Dividend | K | T | SELL | 10/30 | J | A | |
| 8. DREYFUS G&V INTL (FUND OWNED BY ▮) | | None | J | T | SELL | 10/30 | J | A | |
| 9. DREYFUS PREMIER EMERGING (FUND OWNED BY ▮) | | None | J | T | SELL | 6/17 | J | A | |
| 10. MELLON PRIVATE ASSET MGT MID CAP (FD OWNED BY ▮) | A | Dividend | J | T | SELL | 3/4 | J | A | |
| 11. MELLON PRIVATE ASSET MGT SMALL CAP (FD OWNED BY ▮) | | None | J | T | SELL | 6/17 | J | A | |
| 12. MELLON PRIVATE ASSET MGT ST MUNI (FD OWNED BY ▮) | A | Interest | K | T | SELL | 12/19 | J | A | |
| 13. MELLON PRIVATE ASSET MGT NATL INTER MUNI(FD OWNED BY ▮) | | None | J | T | SELL | 6/17 | J | A | |
| 14. NORTHEAST INV TR (OWNED BY ▮) | A | Interest | J | T | NONE | | | | |
| 15. PRICE T. ROWE (FUND OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 16. MELLON CASH RESERVE (OWNED BY ▮) | A | Interest | J | T | NONE | | | | |
| 17. UNIVERSITY CREDIT UNION | B | Interest | M | T | NONE | | | | |
| 18. NORTHEAST INV TR (OWNED BY ▮) | A | Dividend | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MELLON INT'L FUND (OWNED BY ▓) | A | Dividend | J | T | BUY | | J | | |
| 20. MELLON EMERGING MKTS FD (OWNED BY ▓) | A | Dividend | J | T | SELL | 10/30 | | A | |
| 21. MELLON LG CAP (OWNED BY ▓) | A | Dividend | J | T | BUY | | J | | |
| 22. MELLON INCOME STOCK (FUND OWNED BY ▓) | A | Dividend | J | T | SELL | 10/30 | | A | |
| 23. SPANISH RADIO SERVICES INC(PRIV HELD C/STK OWNED BY ▓) | D | Distribution | J | U | BUY | 1/27 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | MARTINEZ, JOSE E | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

JOSE E. MARTINEZ, P.A. DISSOLVED IN 2003 AND A FINAL TAX RETURN WAS FILED FOR THE YEAR ENDED DEC. 31, 2003.

█████████ DECEASED IN MARCH 2003.

THE ESTATE OF MARGARET E. STERBUTZEL WAS CLOSED AND A FINAL TAX RETURN WAS FILED FOR THE PERIOD ENDED DEC. 31, 2003.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____

NOTE: ANY.........LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT.........(5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544